IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tonya R. Blake, | ) | C/A No.: 0:11-2825-MBS-SVH |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Children's Attention Home, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's letter dated February 1, 2012, in which she appears to indicate that she is in the process of hiring counsel to assist her in this matter, although no counsel has made an appearance. [Entry #20].

The court grants Plaintiff's request for additional time to find counsel [Entry #20] and will allow Plaintiff 30 days within which to notify the court of the identity of an attorney(s) to represent her in this case or, alternatively, of her desire to proceed with this litigation without an attorney. To this end, Plaintiff shall, within 30 days from the date of this order, complete the attached notice and mail it to the clerk of court at the address indicated. If Plaintiff fails to file the attached letter with the clerk within the time prescribed, the court will assume he or she intends to proceed in this litigation without the benefit of an attorney. If Plaintiff chooses to proceed pro se, she remains responsible for insuring that the Clerk of Court has a current accurate address.

Plaintiff is specifically advised that, if no new attorney is obtained to represent her interests, the court will expect this litigation to be conducted in accordance with all

provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution and/or holding the party in default.

In her letter, Plaintiff also requests that the court issue a subpoena to defendant Children's Attention Home for discovery materials. Plaintiff is advised that the proper procedure for requesting documents from defendant is contained in Federal Rule of Civil Procedure 34. Specifically, requests for documents should be served on counsel for defendant and should not be filed with the court absent a dispute between the parties after previous service. Therefore, Plaintiff's request for a subpoena [Entry #20] is denied.

The court has reviewed the Rule 26(f) report submitted by counsel for defendant and respectfully declines to adopt the requested changes to the scheduling order at this time. The court's January 3, 2012 scheduling order remains in effect.

IT IS SO ORDERED.

February 6, 2012                              Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge

Name  _____

Address_____

_____

Clerk of Court
United States District Court
901 Richland Street
Columbia, South Carolina  29201

     ***In Re:***      ***0:11-2825-MBS-SVH Blake v. Children's Attention Home***

Dear Mr. Propes:

     In response to the order of Judge Hodges dated February 6, 2012, I wish to advise as follows:

_____ 1.     I have obtained a new attorney to represent me in this matter.  His [or her] name, address, and telephone number are as follows:

     _____

     _____

              OR

_____ 2.     I have **NOT** obtained a new attorney and will represent myself in this matter.  The clerk is directed to forward all notices and pleadings to me at the above address.  I understand that I am obligated to comply with all provisions of the Federal Rules of Civil Procedure and to keep the Clerk of Court informed as to my proper address.

_____  _____
Signature                                    Date

_____
Printed Name