IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tonya R. Blake, | ) | C/A No.: 0:11-2825-MBS-SVH |
|                 Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Children's Attention Home, | ) | |
| | ) | |
|                 Defendant. | ) | |
| _____ | ) | |

      By order dated February 6, 2012, the court ordered Plaintiff to inform the court whether she obtained counsel or planned to proceed pro se by submitting the form attached to the order. [Entry #23]. The order also advised Plaintiff that if she failed to file the completed attachment, the court would assume she intends to proceed in this litigation without the benefit of an attorney. By letter dated March 8, 2012, Plaintiff indicated that she plans to proceed pro se in this case. [Entry #29].

      As Plaintiff is proceeding pro se, counsel for Defendant shall communicate directly with Plaintiff as necessary to litigate the case in accordance with all applicable court rules. Plaintiff is advised that the court expects this litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure and that the court is unable to provide her with legal advice. Plaintiff is directed to consult the Pro Se Guide available on the District Court's website at www.scd.uscourts.gov under the "pro se" tab. Failure to comply with court rules could have serious consequences including, but not limited to, striking a claim, defense, pleading, dismissing the action for lack of prosecution and/or holding the party in default.

The court has issued an amended scheduling order contemporaneously with this order, and the parties should proceed with this case without delay.

IT IS SO ORDERED.

*Shiva V. Hodges*

March 12, 2012                                             Shiva V. Hodges
Columbia, South Carolina                         United States Magistrate Judge