IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Tonya R. Blake, | ) | C/A No.: 0:11-2825-MBS-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Children's Attention Home, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter comes before the court on the parties' filing of the discovery reports. [Entry #42 #43]. The parties did not submit their discovery report jointly as directed in the First Amended Scheduling Order. [Entry #31]. The court notes that it directed counsel for Defendant to communicate directly with Plaintiff as necessary to litigate this case in accordance with all applicable court rules. *Id*. However, Plaintiff indicates that Defendant's counsel refuses to talk to her. [Entry #42-2].

The parties indicate no discovery has been conducted to date, despite the court's March 12, 2012 order directing the parties to "proceed with this case without delay." [Entry #30]. Neither party listed, as directed, a recitation of what discovery remains to be completed. Although Defendant indicates that no discovery has been conducted to date, it also anticipates that it will be able to complete discovery prior to the June 29, 2012 discovery deadline. [Entry #43]. Plaintiff anticipates that additional time will be necessary. [Entry #42].

2

In light of the parties' failure to discuss the discovery needed and jointly file the discovery report or to inform the court of the discovery that needs to be conducted, the court orders the parties to jointly re-submit by May 15, 2012 a complete discovery report after fully communicating regarding the anticipated discovery needed. The parties are further directed to stipulate to the uncontested facts in this case and identify five days in the next 45 days that both sides are available for depositions and include the same in the report.

IT IS SO ORDERED.

*Shiva V. Hodges*

May 1, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2